**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

RIGOBERTO ARROYO-CANELO,  ) NO. 5:26-cv-01245-CV-KS
             Petitioner,  )
                         )
       v.  )
                         ) **ORDER ACCEPTING FINDINGS AND**
                         ) **RECOMMENDATIONS OF UNITED**
FERETI SEMAIA, *Warden of the*  ) **STATES MAGISTRATE JUDGE**
*Adelanto Immigration and Customs*  )
*Enforcement Processing Center*, et al.,  )
            Respondents.  )
_____  )

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the submissions filed by the parties, the Report and Recommendation of United States Magistrate Judge ("Report"), and the Objections thereto. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

\\

\\

1

Accordingly, IT IS ORDERED that Judgment shall be entered granting the Petition and a writ of habeas corpus shall issue as follows:

a. Respondents shall immediately release Petitioner from custody subject to the conditions of his previous parole agreement;

b. Respondents shall return to Petitioner any personal property Respondents seized upon Petitioner's arrest;

c. Respondents are enjoined from re-detaining Petitioner without adequate notice and a pre-deprivation hearing before a neutral arbiter; and

d. The parties shall jointly file a Status Report confirming Petitioner's release within five (5) days of this Order.

DATED: 5/29/26

_Cynthia Valenzuela_
CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

2